UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD GARREN,<br><br>　　Plaintiff<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>　　Defendants | Case No.: 3:23-cv-00141-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 34 |

The court **APPROVES** the parties' stipulation to stay this case for **90 days**. (ECF No. 34.) The court will enter a separate order setting a case management conference for roughly 90 days from today's date, and requiring the parties to file and serve a case management conference a week prior to the scheduled conference.

**IT IS SO ORDERED**.

Dated: April 26, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge