**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RONALD GARREN,

    Plaintiff

v.

JAMES DZURENDA, et al.,

    Defendants

Case No.: 3:23-cv-00141-MMD-CSD

**Order**

Re: ECF No. 67

Good cause appearing, Defendants' motion for extension of time to file dispositive motions (ECF No. 67) is GRANTED. Defendants will have until May 30, 2026, to file any dispositive motions in this case.

**IT IS SO ORDERED**.

Dated: May 1, 2026

_____
Craig S. Denney
United States Magistrate Judge