**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RONALD GARREN,

Plaintiff

v.

JAMES DZURENDA, et al.,

Defendants

Case No.: 3:23-cv-00141-MMD-CSD

**Order Re:** ECF No. 85

Under Local Rule IA 3-1, a pro se party must *immediately* file with the court written notification of any change of mailing address. The court has received notice of undelivered mail to Plaintiff's address at 562 Marta Way, Reno, NV 89503.

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: November 4, 2026

Craig S. Denney
United States Magistrate Judge